AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin



| United States of America | ) | |
|---|---|---|
| v. | ) | |
| TROY SCHADEN<br>DOB: XX/XX/1982 | ) ) ) ) ) | Case No. **25-M-400 (SCD)** |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __Between 7/20/23 and 3/7/2025__ in the county of __Milwaukee__ in the __Eastern__ District of __Wisconsin__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C. Section 2252A(a)(2); Title 18, U.S.C. Section 2252A(a)(5)(B) | Receipt, distribution and possession of child pornography |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Nathan Markon, Special Agent - FBI
*Printed name and title*

Sworn via telephone; transmitted via email pursuant to Fed. R. Crim. 4.1

Date: **4/25/25**

_____
Judge's signature

City and state: Milwaukee, Wisconsin

Honorable Stephen C. Dries, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT

I, Nathan Markon, being first duly sworn, depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been so employed since July 2024. I am currently assigned to the Milwaukee Division as a member of the Violent Crimes Squad. While employed by the FBI, I have investigated federal criminal violations related to child sexual exploitation and child pornography. As a result of my training, experience, and discussions with other law enforcement officers assigned to investigate child pornography and child exploitation, I am familiar with methods by which electronic devices are used as the means for receiving, transmitting, possessing, and distributing images and videos depicting minors engaged in sexually explicit conduct. I have also received training specific to this violation and have gained experience in interview and interrogation techniques.

2. The facts contained in this affidavit are known to me through my personal knowledge, training, and experience, and through information provided to me by other law enforcement officers, who have provided information to me during the course of their official duties and whom I consider truthful and reliable.

3. Based upon the information described below, I submit that probable cause exists to believe that on or about July 20, 2023, July 31, 2023, and March 5, 2025 TROY SCHADEN DOB: July 11, 1982 used various online messaging platforms to receive, distribute, and possess child pornography in violation of Title 18, United States Code, Section 2252A(a)(2), and Title 18, United States Code, Section 2252A(a)(5)(B).

4. Because this affidavit is submitted for the limited purpose of obtaining a criminal complaint, I have not included every fact known to me concerning this investigation. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

**BACKGROUND OF THE INVESTIGATION AND PROBABLE CAUSE**

5. On or about November 21, 2024, FBI Milwaukee received a lead from FBI Headquarters regarding TROY SCHADEN purchasing Child Sexual Abuse Material from an individual residing in the United Kingdom (UK) (the Seller). SCHADEN and the Seller communicated via the Telegram application. Investigators with Gwent Police in the UK provided SCHADEN and the Sellers' chat logs from Telegram, as well as SCHADEN'S PayPal transactional and account information.

    a. Child Sexual Abuse Material, hereafter abbreviated to CSAM, refers to Child Pornography, in either image or video form.

6. SCHADEN'S identity and home address was included in the information from Gwent Police. Gwent Police investigators obtained this information when they served legal process on PayPal during their investigation into the Seller.

7. On or around December 31, 2024, FBI Headquarters sent FBI Milwaukee a copy of the CSAM files that Gwent Police obtained through their investigation. FBI also received chat logs that begin on or around July 20, 2023. These chats showed that SCHADEN knowingly purchased CSAM on multiple occasions.

8. FBI Milwaukee conducted open-source research and surveillance to verify SCHADEN'S address and vehicle information. Surveillance also verified that SCHADEN lives alone.

2

9. On March 5, 2025, a search warrant for 8226 West Arthur Avenue, West Allis, Wisconsin and SCHADEN'S Black 2016 Chevrolet Malibu (WI License Plate 10432AB) was authorized by United States Magistrate Judge William E. Duffin.

10. On March 7, 2025 at approximately 8:00 a.m. a search warrant was conducted at the above address. Contact was made with SCHADEN, who was detained for the purpose of the search.

11. From March 7, 2025 to April 15, 2025 Special Agents of FBI-Milwaukee reviewed devices obtained during the search warrant. Approximately 520 CSAM media files in total were found on three separate devices. SCHADEN was also found to have been chatting with two users on the Teleguard application between February 24, 2025 and March 5, 2025. He received, and alternately distributed, CSAM from and with these users. A sample of those chats follow:

**SCHADEN: What all into**

User 1: Only real limits are scat, suffering, and snuff

User 1: But I'm really into Incest, Cheating, Raceplay, fag play, and teens

User 1: Wbu?

**SCHADEN: Fuck yea love those. Love anon, rough, name calling, being used as a walk in direct access hotel hole with ghole or blindfold ass up.**

**Straight/ married /muscle/ redneck/ military/ hung / raw / cheating / pervy yng teens/ list goes on and on**

User 1: Mmmmmm fuck so hot

…

User 1: What's your number one fantasy?

**SCHADEN: I wish I would have joined military to be used by soldiers or share a yng hole load after load after load**

**SCHADEN: So much cummm**

**SCHADEN: What's urs**

User 1: Mmmm to get ganbanged by a group of teen boys

User 1: Heh like I think about going to the skatepark by my house and just bending over in the bathroom and letting every skater boy at the park use my hole

User 1: Fuckkkk military men are so hot

User 1: Mmmm yeah a lil tiny hole just flooded

**SCHADEN: That would be fucking hot**

User 1: Yeah or to be gangbanged by a high school sports team

**SCHADEN: Fuck I would dig that for sure**

**SCHADEN: Varsity high school jocks**

User 1: Mmmm yeah, bet they'd love a faggot cumdump

**SCHADEN: Oh fuck yea I'm sure**

**SCHADEN: A lil haze or a midnight forced fuck**

User 1: Mmmmmm fuck either one

**SCHADEN: Very hot I love that**

**SCHADEN: A lil encouragement to take is sometimes needed**

User 1: Yeah it definitely helps

…

**SCHADEN: Hey stud**

**SCHADEN: How's it going, hoping it's up to no good [devil emoji]**

4

User 1: Heh not much just chilling

User 1: Wbu?

**SCHADEN: Same and edging watching porn**

**SCHADEN: Sorry I missed ya an hour ago**

**SCHADEN: And not the good porn lol**

User 1: Mmmm lol I like almost all porn

**SCHADEN: Hell yes same**

**SCHADEN: But content that people share on here is hot too**

User 1: Mmm yeah that special stuff ;P

**SCHADEN: [devil emoji] [devil emoji]**

User 1: [User 1 sends CSAM media file to SCHADEN]

User 1: Mmm like this one?

**SCHADEN: Mmmmn fuck yea exactly**

**SCHADEN: So fucking hot**

User 1: [User 1 sends CSAM media file to SCHADEN]

**SCHADEN: Mmmm ha he might as well just have him turn around suck him**

**SCHADEN: Love teens that play with yng and also with men**

User 1: Mmmm fuck yeah they're the best

User 1: Boy would've loved it

User 1: Heh got any teen videos?

**SCHADEN: You have any experience**

**SCHADEN: No [huff emoji]**

**SCHADEN: I am pissed I lost all my content and had to make a new account and start over**

User 1: No I wish

User 1: Awww man

**SCHADEN: Yea was pissed**

User 1: [User 1 sends two CSAM media files to SCHADEN]

**SCHADEN: I was on gram but ehh that sure is too risky**

**SCHADEN: Mmmmm those two are hot af**

**SCHADEN: Love middle eastern Brazilian Latinos [drooling emoji] [drooling emoji]**

**[drooling emoji]**

User 1: Mhmmmm

**SCHADEN: Suck and lick em alll over**

User 1: [User 1 sends CSAM media file to SCHADEN]

**SCHADEN: Mmmm fuck yea and probably pound his bro right after lol**

User 1: Fuck yeah little bro wants it

User 1: Can't stop staring at that teen cock

**SCHADEN: Yea he does and if he doesn't he will learn**

**SCHADEN: Then the dad would walk in [devil emoji]**

User 1: Yeah just abuse his little prostate till he's begging

User 1: Mmm fuck yeah

**SCHADEN: Fucking hot moaning and whimpering**

**SCHADEN: What country u from**

User 1: Usa

User 1: U?

**SCHADEN: Same**

6

**SCHADEN: Up late ?**

User 1: [User 1 sends CSAM media file to SCHADEN]

User 1: Heh yeah just got back from sucking some cock ;P

User 1: These boys are mostly to young for me, but seemed right up your alley

**SCHADEN: Fuck yea man**

**SCHADEN: Mmmm**

…

**SCHADEN: Horny as fuck , jerking , edging, bating , porn on**

User 1: Fuckk yes

User 1: Fuckkkk wish I was there to suck your cock and eat your ass

User 1: Heh service you while you watch kiddie porn

**SCHADEN: Mmmmm I wouldn't say no**

**SCHADEN: Up all night ha**

User 1: [User 1 sends CSAM media file to SCHADEN]

**SCHADEN: Mmmm**

**SCHADEN: Good lil cocksucker**

**SCHADEN: Always hot to see the difference in size …hands dick mouth hole compared to big dick**

User 1: Fuck yeah makes the cock look even bigger

**SCHADEN: Exactly**

User 1: Fuckkkk

User 1: So horny

**SCHADEN: Mmmm yea**

User 1: [User 1 sends CSAM media file to SCHADEN]

**SCHADEN: I can't imagine what this is**

**SCHADEN: What's with the warning**

**SCHADEN: [shrug emoji]**

User 1: Lol its honestly not even that bad

User 1: It's like all solos of boys jerking off

User 1: Or playing with their holes

**SCHADEN: Ha nice**

**SCHADEN: It's almost done**

User 1: Hehe goood

**SCHADEN: Fucking hot jerking showing off on webcams after their parents go to bed**

**SCHADEN: Adding everyone they can to their snapchats lol**

User 1: Yeah boys are all fucking sluts now

User 1: Wanting to show off like their favorite tiktokers

**SCHADEN: Yes they do always aiming to please**

User 1: [User 1 sends CSAM media file to SCHADEN]

User 1: Fuck I have to go

User 1: Heh have a good rest of your bate

**SCHADEN: Mmmm fuck man so hot**

**SCHADEN: Oh ok thanks man again I appreciate as I'm rebuilding again**

User 1: Fuck yeah dude

8

12. SCHADEN was simultaneously chatting with a second user on Teleguard and sent the CSAM he received from User 1 to User 2:

User 2: Wassup bro

**SCHADEN: Nada just checking profiles out on X , adding fellow pervs and always horned AF [devil emoji]**

**SCHADEN: What up ??**

User 2: Looking to trade bro

**SCHADEN: Yea I lost my all my content so pissed**

**SCHADEN: Love pervs**

**SCHADEN: U edging and perving ? [devil emoji]**

**SCHADEN: Once I get some content I'm down to trade ! U in any groups?**

User 2: Nah u bro ?

**SCHADEN: No im not either**

**SCHADEN: [SCHADEN sends CSAM media file to User 2]**

**SCHADEN: [SCHADEN sends CSAM media file to User 2]**

**SCHADEN: [SCHADEN sends CSAM media file to User 2]**

User 2: Hot bro

**SCHADEN: Mmmmmmm yea**

User 2: You have more I have a huge file

**SCHADEN: No I don't. I'm having to start over , I also had a huge file**

**SCHADEN: I got like 3 more**

**SCHADEN: I'm rebuilding**

User 2: Same

9

User 2: [User 2 sends 313 CSAM media files to SCHADEN]

**SCHADEN: [SCHADEN sends CSAM media file to User 2]**

**SCHADEN: [SCHADEN sends CSAM media file to User 2]**

**SCHADEN: [SCHADEN sends CSAM media file to User 2]**

**SCHADEN: [SCHADEN sends CSAM media file to User 2]**

**SCHADEN: Daaaamn**

**SCHADEN: U weren't joking**

User 2: Yeah bro

13. Samples of the CSAM found on iPhone 14 seized from SCHADEN'S residence:

    a. Video 1: Video is vertically oriented, full color, and eight seconds long. The video shows a teenage male, approximately 16 to 18 years old, and pre-pubescent male, approximately six years old. The older male is sitting, possibly on a bed, wearing a dark shirt and naked from the waist down. The younger male is wearing a blue shirt and laying sideways with his head in the older male's lap. The older male leans back and forces the younger male's face towards the adult male's erect penis. The older male orally penetrates the younger male and repeatedly extends his hips upwards to force his penis into the younger male. The older male holds the younger male's head down with his hand on the back of the younger male's head. The younger male gags as the video ends.

    b. Video 2: Video is horizontally oriented, black and white, and 27 seconds long. The video overlooks a bed with partially raised sides and has the caption "Children's room" at the bottom of the frame. A rug, small table and chair are also visible. An adult male is laying on his back in the bed, wearing a light shirt and underwear. A pre-pubescent female, approximately five to seven years old, is laying next to the adult male and moves her arms, legs, and mouth throughout

10

the video. A pre-pubescent male, approximately three to five years old, is underneath one of the adult male's legs and is laying partially on the bed. The adult male strokes his penis through his underwear with his hand. The pre-pubescent male reaches between the adult male's legs as the adult male continues to hold his penis. The adult male exposes his erect penis and shakes it with his hand while the pre-pubescent male is under the adult male's leg, head and arms in close proximity to the adult male's crotch. The adult male covers his penis, then the pre-pubescent male climbs into the bed at the adult male's waist. The pre-pubescent male places his hand on the adult male's penis and strokes it through the adult male's underwear.

      c.     Video 3: Video is horizontally oriented and rotated 90 degrees counterclockwise, full color, and 21 seconds long. A teenage or young adult male, wearing a dark shirt and blue shorts, is kneeling behind a toddler male, approximately two to three years old. The toddler male is on his hands and knees facing away from the older male and is wearing a red shirt and black and white pants. Both the older male and toddler male remain clothed during the video. The older male lifts his shirt to expose this stomach and chest, then grabs the younger male by his waist and repeatedly thrusts his hips into the younger male's backside. The older male grabs the toddler male's hair and gyrates his hips into the toddler male's backside. The older male then grabs the younger male by his waist and continues to repeatedly thrusts his hips into the younger male's backside.

      d.     Video 4: Video is a 13 minute and five seconds compilation of multiple videos. The video starts with a screen that reads "Attention Don't post or save this video on Clearnet. This includes Telegram, Twitter, Gdrive, Mega or any less secure platform. Keep it on this board only for now! Never share outside deepweb." The video the shows a flashing screen with jack-o-lanterns and the text "HALLOWEEN PARTY COMPILATION by Dracula". The video then

11

shows a compilation of one to three videos at a time showing pre-pubescent males, ages five to 15. The males are in various stages of undress and either masturbating, exposing their anus, or anally penetrating themselves. Each clip is approximately 10-30 seconds before changing.

  e. Image 1: Image 1 is vertically oriented and full color. An adult male wearing dark underwear holds an infant, approximately six months old, wearing only a diaper. The adult male's erect penis is placed between the infant's legs. The adult has one leg on a bed, the other extends towards the floor. In the background a dresser and stuffed elephant toy are visible.

  f. Image 2: Image is vertically oriented and full color. It shows a prepubescent male, approximately three to five years old, laying on his back on a raised surface, possible a bed, with a colorful flower cover. The prepubescent male is naked. An adult male, with only his stomach, penis, and hand visible, orally penetrates the pre-pubescent male. The adult male's hand is on the back of the pre-pubescent male's head. Another male of indistinguishable age, possibly teenager to adult, with only his stomach, hands, penis, and one leg visible, holds his penis against the pre-pubescent male's anus. One of the young adult male's hands holds the pre-pubescent male's thigh and partially obscures the anus from the camera's view.

## **CONCLUSION**

  14. Based on the foregoing, there is probable cause to believe that TROY SCAHDEN received, distributed, and possessed child pornography in violation of Title 18, United States Code, Section 2252A(a)(2), and Title 18, United States Code, Section 2252A(a)(5)(B).

12

Case 2:25-mj-00400-SCD  Filed 04/25/25  Page 13 of 13  Document 1